450 A.2d 205

Commonwealth v. Derck, Appellant.

Argued June 9, 1982. Joseph C. Michetti, for appellant; James J. Rosini, District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and WATKINS, JJ.

Judgment of sentence affirmed.